**STATE OF MINNESOTA**

**RAMSEY COUNTY**

Sunrise Banks, N.A.,

                Plaintiff,

vs.

Card Express, Inc., and Alan Safahi,

                Defendants.

**DISTRICT COURT**

**SECOND JUDICIAL DISTRICT**

Court File No: 62-CV-14-6758

Case Type: Contract/Tort

**TEMPORARY RESTRAINING ORDER**

This matter came before the Court on the motion of Plaintiff Sunrise Banks, N.A. ("Sunrise") for a Temporary Restraining Order under Minn. R. Civ. P. 65.01.

Jane Maschka, Esq., and John Holland, Esq., appeared on behalf of Plaintiff. There was no appearance by or on behalf of Defendants. However, Defendant's California counsel, Andrew Callari, Esq., who is not licensed to practice in Minnesota, was allowed to communicate with this court and Plaintiff's counsel during the course of the hearing. Mr. Callari advised the court that Defendants did not oppose Plaintiff's motion for temporary relief.

There being no objection to Plaintiff's requested relief, this court issues the following order.

**IT IS HEREBY ORDERED:**

    1.    Sunrise's Motion for a Temporary Restraining Order is GRANTED.

    2.    This order shall issue immediately pursuant to Minn. R. Civ. P. 65.01 and shall remain in effect until further order of this court.

    3.    Until further order of this court, CardEx and Alan Safahi are hereby enjoined from:

        a.    making any representations regarding the amount of funds that are on prepaid cards issued by Sunrise, including maintaining, operating, or

US.54966525.02

causing or facilitating in any way the maintenance or operation of Web sites or Interactive Voice Response ("IVR") systems that allow cardholders to check card balances, review transaction histories, or to redeem rewards points under a CardEx rewards for purportedly loading funds to prepaid cards issued by Sunrise;

b. representing that CardEx has authority to collect money on behalf of Sunrise or to fund Sunrise accounts; and

c. using the Sunrise logo in any manner or representing that CardEx is associated with Sunrise in any way.

4. CardEx shall immediately deliver to Sunrise any and all amounts held in trust for Sunrise.

5. CardEx shall immediately deliver to Sunrise all prepaid card stock in its possession.

October 14, 2014

_____
Hon. William H. Leary III
Judge of the District Court

2