**STATE OF MINNESOTA**                                  **DISTRICT COURT**

**COUNTY OF RAMSEY**                        **SECOND JUDICIAL DISTRICT**

| | |
|---|---|
| Sunrise Banks, N.A., | Court File No.: _____ |
| Plaintiff, | Case Type: Contract/Tort |
| vs. | |
| Card Express, Inc., and  Alan Safahi, | **SUMMONS** |
| Defendants. | |

1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this summons. Do not throw these papers away. They are official papers that affect your rights.  You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this summons.

2. **YOU MUST REPLY WITHIN 20** DAYS TO PROTECT YOUR RIGHTS.**   You must give or mail to the person who signed this summons **a written response** called an Answer within 20** days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this summons located at: Faegre Baker Daniels, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402-3901.

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

**4. YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20\*\* days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the complaint. If you do not want to contest the claims stated in the complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the complaint.

**5. LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

**6. ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

Dated: October 3, 2014                              **FAEGRE BAKER DANIELS LLP**


/s/ Jane E. Maschka
_____
Charles F. Webber (#215247)
D. Charles Macdonald (#151385)
Jane E. Maschka (#0389130)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000


**ATTORNEYS FOR PLAINTIFF**
**SUNRISE BANKS, N.A.**

## ACKNOWLEDGMENT REQUIRED BY

## MINN. STAT. § 549.211, SUBD. 1

The undersigned hereby acknowledges that pursuant to Minn. Stat. § 549.211, subd. 3, sanctions may be imposed if, after notice and a reasonable opportunity to respond, the Court determines that the undersigned has violated the provisions of Minn. Stat. § 549.211, Subd. 2.

Dated: October 3 , 2014                    **FAEGRE BAKER DANIELS LLP**


/s/ Jane E. Maschka

Charles F. Webber (#215247)
D. Charles Macdonald (#151385)
Jane E. Maschka (#0389130)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000

**ATTORNEYS FOR PLAINTIFF**
**SUNRISE BANKS, N.A.**

US.54958868.01